JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FENA ALEXANDER, on behalf of herself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. SACV 11-00843 JGB (MLGx)<br><br>Hon. Jesus G. Bernal<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS REMAINING CLAIMS OF ACTION WITH PREJUDICE** |

    Having considered the Parties' Joint Stipulation to Dismiss Remaining Claims of Action with Prejudice, and good cause appearing, the Court hereby GRANTS the Joint Stipulation and orders the following:

1. The remaining claims in the instant action be dismissed with prejudice; and

2. The Court's Order of dismissal will include approval of the settlement of Plaintiff's individual FLSA claim.

**IT IS SO ORDERED.**

DATED: 1/15/13

/S/ JESUS G. BERNAL

Hon. Jesus G. Bernal
United States District Judge